IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLIE RAE YOUNG,<br><br>   Plaintiff,<br><br>v.<br><br>DAVE HEINEMAN, JON BRUNING, Governor of the State of Nebraska, in his official capacity, JOHN A. GALE, Secretary of State & Chairperson of the Nebraska Real Estate Commission and GREG LEMON, Director of the Nebraska Real Estate Commission, in their official capacities,<br><br>   Defendants. | 4:10CV3147<br><br>AMENDED<br>TEMPORARY RESTRAINING<br>ORDER |

  This matter is before the court on its own motion. After a hearing at which counsel for both parties appeared and argued, the court finds that the Temporary Restraining Order presently in force should be continued pending further briefing and amended to enjoin the plaintiff from adding new clients pending the resolution of the temporary injunction issue. Accordingly,

  IT IS ORDERED:

  1. The Temporary Restraining Order presently in force is continued pending further briefing and consideration by the court.

  2. The defendants are restrained from taking any further action to enforce Nebraska Revised Statute § 81-885.03 or the July 20, 2010, Cease and Desist Order against plaintiff Leslie Rae Young, pending further ruling from the court on the preliminary injunction issue, including the issue of an appropriate bond.

  3. The plaintiff is enjoined from adding new Nebraska clients pending resolution of the preliminary injunction issue.

  DATED this 4th day of August, 2010.

               BY THE COURT:

               s/ Joseph F. Bataillon
               Chief United States District Judge