IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLIE RAE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3147 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVE HEINEMAN, JON BRUNING, Governor of the State of Nebraska, in his official capacity, JOHN A. GALE, Secretary of State & Chairperson of the Nebraska Real Estate Commission and GREG LEMON, Director of the Nebraska Real Estate Commission, in their official capacities | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court after a hearing on the plaintiff Leslie Rae Young's motion for a temporary restraining order on August 3, 2010. The court finds the temporary restraining order presently in force should be continued to allow for further briefing and should be amended to add that the plaintiff should be enjoined from adding new clients until the preliminary injunction issue is resolved. Accordingly,

IT IS ORDERED:

1. The defendants shall submit a supplemental brief addressing the bond issue and the court's inquiries with respect to similar enactments and challenges in other states by the close of business on Friday, August 6, 2010.

2. The plaintiff shall file a supplemental affidavit regarding the number of Nebraska clients and the value of the contracts with those clients by the close of business on Friday, August 6, 2010.

3. An amended temporary restraining order shall issue this date.

DATED this 4th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge