IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLIE RAE YOUNG,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVE HEINEMAN, JON BRUNING, Governor of the State of Nebraska, in his official capacity, JOHN A. GALE, Secretary of State & Chairperson of the Nebraska Real Estate Commission and GREG LEMON, Director of the Nebraska Real Estate Commission, in their official capacities,<br><br>                    Defendants. | 4:10CV3147<br><br>SECOND AMENDED<br>TEMPORARY RESTRAINING<br>ORDER |

This matter is before the court on the defendants' motion to clarify, Filing No. 35. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The defendants' motion to clarify (Filing No. 35) is granted.

2. The defendants are restrained from taking any further action to enforce Nebraska Revised Statute § 81-885.03 against plaintiff Leslie Rae Young or the July 20, 2010, Cease and Desist Order against plaintiff Leslie Rae Young, pending further ruling from the court on the preliminary injunction issue, including the issue of an appropriate bond.

3. The plaintiff is enjoined from adding new Nebraska clients pending resolution of the preliminary injunction issue.

DATED this 6th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge