IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLIE RAE YOUNG, | ) | CASE NO. 4:10CV3147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAVE HEINEMAN, Governor of the State of Nebraska, in his official capacity; JON BRUNING, Attorney General of Nebraska, in his official capacity; JOHN A. GALE, Secretary of State & Chairperson of the Nebraska Real Estate Commission and GREG LEMON, Director of the Nebraska Real Estate Commission, in their official capacities, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

THIS MATTER came before the Court upon the motion of Harvey B. Cooper and the law firm of Abrahams Kaslow & Cassman LLP to withdraw as counsel for the plaintiff, Leslie Rae Young.

Upon consideration of the foregoing Motion to Withdraw, the court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Harvey B. Cooper and the law firm of Abrahams Kaslow & Cassman LLP, are granted leave to withdraw as counsel for plaintiff Leslie Rae Young.

DATED this **24th** day of **August**, 20**12**.

BY THE COURT:

By: _____
~~DISTRICT COURT~~ JUDGE
Magistrate

PREPARED AND SUBMITTED BY:

Harvey B. Cooper #15035
Abrahams Kaslow & Cassman LLP
8712 West Dodge Road, Suite 300
Omaha, Nebraska 68114
Telephone (402) 392-1250
Attorneys for Defendant

WH/407386.1