FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 24  AM 10: 18

OFFICE OF THE CLERK

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____   District of   _____   Nebraska   _____

| | |
|---|---|
| Leslie Rae Young <br> Plaintiff (s), <br><br> V. <br><br> Dave Heineman, et al. <br> Defendant (s), | **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER:  4:10-cv-03147-JSB-TDT |

Notice is hereby given that, subject to approval by the court,   **Leslie Rae Young**   substitutes
(Party (s) Name)

**Perry Pirsch**   , State Bar No.   21525   as counsel of record in
(Name of New Attorney)

place of   **Harvey B. Cooper**   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   **Berry Law Firm, PC**

Address:   **2650 North 48th Street, P.O. Box 4554, Lincoln, NE  68504**

Telephone:   **(402) 466-8444**   Facsimile   **(402) 466-1793**

E-Mail (Optional):   **Perry@jsberrylaw.com**

I consent to the above substitution.

Date:   8/17/12

THIS SUBSTITUTION

(Signature of Party (s))

I consent to being substituted.

Date:   8-17-2012

(Signature of Former Attorney (s))   PLAINTIFF

I consent to the above substitution.

Date:   8-24-12

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   8/24/12

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]