FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 24 AM 10: 18

OFFICE OF THE CLERK

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Nebraska_____

Leslie Rae Young
        Plaintiff(s),
V.
Dave Heineman, et al.
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:10-cv-03147-JSB-TDT

Notice is hereby given that, subject to approval by the court, __Leslie Rae Young__ substitutes
(Party (s) Name)

__Perry Pirsch__, State Bar No. __21525__ as counsel of record in
(Name of New Attorney)

place of __Harvey B. Cooper__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Berry Law Firm, PC
Address:          2650 North 48th Street, P.O. Box 4554, Lincoln, NE 68504
Telephone:        (402) 466-8444        Facsimile (402) 466-1793
E-Mail (Optional): Perry@jsberrylaw.com

I consent to the above substitution.
Date: 8/17/12
(Signature of Party (s))

THIS SUBSTITUTION
I consent to being substituted.
Date: 8-17-2012
(Signature of Former Attorney (s)) PLAINTIFF

I consent to the above substitution.
Date: 8-24-12
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 8/24/12
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]