AO 154 (10/03) Substitution of Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 27 PM 2:51

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

District of _____ Nebraska _____

Leslie Rae Young

　　　　　　Plaintiff (s),

v.

Dave Heineman, et al.

　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:10-cv-03147-JSB-TDT

Notice is hereby given that, subject to approval by the court, __Leslie Rae Young__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Timothy Sandefur__ , State Bar No. __Cal. Bar 224436__ as counsel of record in
　(Name of New Attorney)

place of __Jeffrey J. Waller and David Freeman__
　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name: Pacific Legal Foundation
　　Address: 930 G Street
　　Telephone: (916) 419-7111　　　Facsimile (916) 419-7747
　　E-Mail (Optional): tsandefur@pacificlegal.org

I consent to the above substitution.
Date: 8-22-2012

_(signature)_ Leslie Rae Young
(Signature of Party (s))

I consent to being substituted.
Date: 8/23/2012

_(signatures)_ David F. / Jeffrey J. Waller by David F.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/22/2012

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/27/12

_(signature)_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]