FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 27 PM 2:51

OFFICE OF THE CLERK

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ Nebraska _____

Leslie Rae Young

           Plaintiff (s),

V.

Dave Heineman, et al.

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:10-cv-03147-JSB-TDT

Notice is hereby given that, subject to approval by the court, __Leslie Rae Young__ substitutes
                                                                                                              (Party (s) Name)

__Timothy Sandefur__, State Bar No. __Cal. Bar 224436__ as counsel of record in
   (Name of New Attorney)

place of __Jeffrey J. Waller and David Freeman__
                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Pacific Legal Foundation
    Address: 930 G Street
    Telephone: (916) 419-7111     Facsimile (916) 419-7747
    E-Mail (Optional): tsandefur@pacificlegal.org

I consent to the above substitution.
Date: 8-22-2012
                                                                _Leslie Rae Young_
                                                                (Signature of Party (s))

I consent to being substituted.
Date: 8/23/2012
                                                                _Jeffrey J. Waller by David F._
                                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/22/2012
                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/27/12
                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]