# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LESLIE RAE YOUNG,** | |
| Plaintiff, | 4:10CV3147 |
| vs. | |
| **DAVE HEINEMAN, et al.,** | ORDER |
| Defendants. | |

The trial previously scheduled for December 15, 2014, is cancelled. The parties shall have ten (10) days from the date the court rules on the pending motions for summary judgment (Filing Nos. 151 and 153), in which to schedule a telephone planning conference with the court, if necessary, to further progress the case. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge